NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1203

JOHN HAAS WEINSTEIN, APLC

VERSUS

DAVID DOOLEY, SR. AND FREDERICK GOSSEN, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 04-C-1949-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

MARC T. AMY
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**

David L. Carriere
322 S. Market Street
Opelousas, LA 70570
(337) 948-6217
COUNSEL FOR PLAINTIFF/APPELLEE:
    John Haas Weinstein, APLC

Peter J. Losavio, Jr.
Losavio Law Firm
8414 Bluebonnet Boulevard, Suite 110
Baton Rouge, LA 70810
(225) 769-4200
COUNSEL FOR PLAINTIFF/APPELLEE:
    John Haas Weinstein, APLC

**Glen Scott Love**
**Guglielmo, Marks, Schutte, Terhoeve & Love**
**320 Somerulos Street**
**Baton Rouge, LA   70802**
**(225) 387-6966**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **David Dooley, Sr.**
    **Frederick Gossen, Jr.**